

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2017

No. 04-17-00045-CV

**IN RE ATW INVESTMENTS, INC.**, Brian Payton, Ying Payton, and American Dream
Renovations and Construction, LLC,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00545
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

The second motion for extension of time filed by the real parties in interest is
GRANTED.

It is so **ORDERED** on February 21, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk